# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 503 WAL 2014

Respondent

: Petition for Allowance of Appeal from the
: Order of the Superior Court

v.

RICHARD GEORGE CUNNINGHAM,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.